# Supreme Court of Kentucky

FINAL

DATE 9-1-2020

2018-SC-000191-DG

CSX TRANSPORTATION, INC      APPELLANT

ON APPEAL FROM COURT OF APPEALS
V.      CASE NO. 2016-CA-001849-MR
JEFFERSON CIRCUIT COURT NO. 09-CI-00800

LARRY M. BOGGS      APPELLEE

AND

2018-SC-000440-DG

LARRY M. BOGGS      CROSS-APPELLANT

ON CROSS-APPEAL FROM COURT OF APPEALS
V.      CASE NO. 2016-CA-001849-MR
JEFFERSON CIRCUIT COURT NO. 09-CI-00800

CSX TRANSPORTATION, INC      CROSS-APPELLEE

## ORDER AFFIRMING

The vote of the six members of this Court participating in the determination of this appeal being equally divided, pursuant to SCR 1.020, the opinion of the Court of Appeals hereby stands affirmed.

Keller, Lambert and Wright, JJ., would affirm the opinion of the Court of Appeals. Minton, C.J.; Hughes and VanMeter, JJ., would reverse the opinion of the Court of Appeals. Nickell, J., not sitting.

ENTERED: August 20, 2020.

_____
CHIEF JUSTICE